UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.                                                   ) | No.    21-mj-00302 (ZMF) |
| **MOSTAFFA MOHAMED AL NIMIRY,** ) | |
| ) | |
| **Defendant.**                              ) | |
| ) | |

**JOINT MOTION TO VACATE STATUS HEARING AND TERMINATE CASE**

Mr. Mostaffa Al Nimiry, through undersigned counsel, and joined by the United States, requests that this Honorable Court vacate the status hearing currently set for March 22, 2021 at 4:00 p.m., and terminate the removal case in its entirety, and as grounds states:

1. On March 12, 2021, Mr. Al Nimiry was arrested in the District of Columbia for a federal supervised release warrant out of the Eastern District of Virginia.

2. At his detention hearing, this Court released Mr. Al Nimiry with condition that he turn himself in to the Eastern District of Virginia by the close of business on Monday, March 15, 2021.

3. To confirm Mr. Al Nimiry's self-surrender to the Eastern District of Virginia, this Court set a status hearing for March 16, 2021 at 4:00 p.m.  It then re-set the hearing to March 22, 2021 at 4:00 p.m.

4. Through his U.S. Probation Officer, Kimberly Hess, undersigned counsel understands that Mr. Al Nimiry turned himself in to the Eastern District of Virginia on March 15, 2021.  The United States Attorney, Christopher Berridge, subsequently confirmed this on March 16, 2021.

5. After consultation with United States Attorney Christopher Berridge, the parties believe this case has reached its conclusion.

6. Therefore, since Mr. Al Nimiry turned himself in to the Eastern District of Virginia on March 15, 2021 as directed, and his removal from the jurisdiction is complete, undersigned counsel and the government jointly move for this case to be terminated, and the status set for March 22, 2021 at 4:00 p.m. vacated.

WHEREFORE, Mr. Al Nimiry asks this Honorable Court vacate the status hearing currently scheduled for March 22, 2021 at 4:00 p.m., and terminate the case in its entirety.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
cara_halverson@fd.org

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

_____/s/_____
Christopher Berridge
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20001
(202) 252-6685
christopher.berridge@usdoj.gov